B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Figueroa Tower-III LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**25-2686361** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**660 South Figueroa Street**<br>**Los Angeles, CA**<br><br>ZIP Code **90017** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**660 South Figueroa Street 24th Floor**<br>**Los Angeles, CA**<br><br>ZIP Code **90017** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

#### Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

#### Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                   Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Figueroa Tower-III LP** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Figueroa Tower-III LP** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _ _/s/ David L. Neale_ _____<br>Signature of Attorney for Debtor(s)<br><br>**David L. Neale 141225**<br>Printed Name of Attorney for Debtor(s)<br><br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>Firm Name<br><br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>_____<br>Address<br><br>**(310) 229-1234**<br>Telephone Number<br><br>**141225**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br><br>**M. Aaron Yashouafar**<br>Printed Name of Authorized Individual<br><br>**Manager of FT-III GP LLC**<br>Title of Authorized Individual<br><br>_7/14—11_<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re    **Figueroa Tower-III LP**                                                                  Case No._____

_____,
                                    Debtor

## Form 1. Voluntary Petition
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Encino Corporate Plaza, L.P.** **C.D. Cal.** | **1:11-bk-14917-GM** **Affiliate** | **04/20/11** **Honorable Geraldine Mund** |
| **First National Building I, LLC** **W.D. Okla.** | **BK-10-16334-NLJ** **Affiliate** | **10/07/10** |
| **First National Building II LLC** **W.D. Okla.** | **BK-10-16335-NLJ** **Affiliate** | **10/07/10** |
| **Roosevelt Lofts, LLC** **C.D. Cal.** | **1:09-bk-14214-GM** **Affiliate** | **04/13/09** **Honorable Geraldine Mund** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Figueroa Tower-III LP** _____    Case No. _____
                                                Debtor(s)    Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030<br>800-342-5397 | Utilities | | 735,601.16 |
| ABM Security Services<br>3580 Wilshire Blvd. #1130<br>Los Angeles, CA 90010 | ABM Security Services<br>3580 Wilshire Blvd. #1130<br>Los Angeles, CA 90010<br>213-384-0600 | Security Services | | 243,627.39 |
| Colliers International<br>865 S. Figueroa Street Suite 3500<br>Los Angeles, CA 90017 | Colliers International<br>865 S. Figueroa Street Suite 3500<br>Los Angeles, CA 90017<br>213-532-3277 | | | 157,488.15 |
| Cushman & Wakefield<br>601 S. Figueroa Street, 47th Floor<br>Los Angeles, CA 90017 | Cushman & Wakefield<br>601 S. Figueroa Street, 47th Floor<br>Los Angeles, CA 90017 | Broker Services | | 99,275.51 |
| AMB Engineering Services<br>5300 S. Eastern Ave Suite 100<br>Los Angeles, CA 90040 | ABM Engineering Services<br>5300 S. Eastern Ave Suite 100<br>Los Angeles, CA 90040<br>323-234-2001 | Maintenance Services | | 63,703.06 |
| Amtech Elevator Service<br>9808 Firestone Blvd<br>Downey, CA 90241 | Amtech Elevator Service<br>9808 Firestone Blvd<br>Downey, CA 90241<br>562-981-0441 | Maintenance Services | | 44,898.82 |
| Cumming, LLC<br>660 South Figueroa Street # 900<br>Los Angeles, CA 90017 | Cumming, LLC<br>660 South Figueroa Street # 900<br>Los Angeles, CA 90017<br>213-408-4518 | Commercial Lease Deposit | | 36,773.33 |
| Lindahl, Schnabel, Kardassakis<br>660 South Figueroa Street #1500<br>Los Angeles, CA 90017 | Lindahl, Schnabel, Kardassakis<br>660 South Figueroa Street #1500<br>Los Angeles, CA 90017<br>213-488-3900 | Commercial Lease Deposit | | 36,706.32 |
| Painepr LLC<br>660 South Figueroa Street #2050<br>Los Angeles, CA 90017 | Painepr LLC<br>660 South Figueroa Street #2050<br>Los Angeles, CA 90017<br>213-996-3786 | Commercial Lease Deposit | | 36,250.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Figueroa Tower-III LP**                                               Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alan Thian<br>660 South Figueroa Street #1888<br>Los Angeles, CA 90017 | Alan Thian<br>660 South Figueroa Street #1888<br>Los Angeles, CA 90017 | Commercial Lease Deposit | | 29,888.58 |
| The MWW Group<br>660 South Figueroa Street #1400<br>Los Angeles, CA 90017 | The MWW Group<br>660 South Figueroa Street #1400<br>Los Angeles, CA 90017<br>213-486-6560 | Commercial Lease Deposit | | 27,705.38 |
| Hemming Morse, Inc.<br>660 South Figueroa Street #1150<br>Los Angeles, CA 90017 | Hemming Morse, Inc.<br>660 South Figueroa Street #1150<br>Los Angeles, CA 90017<br>213-228-8180 | Commercial Lease Deposit | | 23,658.00 |
| Electronic Transaction<br>660 South Figueroa Street #1450<br>Los Angeles, CA 90017 | Electronic Transaction<br>660 South Figueroa Street #1450<br>Los Angeles, CA 90017<br>213-244-1404 | Commercial Lease Deposit | | 23,623.76 |
| Adjudicate, Inc.<br>660 South Figueroa Street #1910<br>Los Angeles, CA 90017 | Adjudicate, Inc.<br>660 South Figueroa Street #1910<br>Los Angeles, CA 90017<br>310-407-5333 | Commercial Lease Deposit | | 18,622.92 |
| Peterson, Colantoni, Collins<br>660 South Figueroa Street #1110<br>Los Angeles, CA 90017 | Peterson, Colantoni, Collins<br>660 South Figueroa Street #1110<br>Los Angeles, CA 90017<br>213-232-0880 | Commercial Lease Deposit | | 15,568.46 |
| Consulate General of Lebanon<br>660 South Figueroa Street #1050<br>Los Angeles, CA 90017 | Consulate General of Lebanon<br>660 South Figueroa Street #1050<br>Los Angeles, CA 90017 | Commercial Lease Deposit | | 9,832.50 |
| Hagen, Streiff, Newton & Oshiro<br>660 South Figueroa Street #1000<br>Los Angeles, CA 90017 | Hagen, Streiff, Newton & Oshiro<br>660 South Figueroa Street #1000<br>Los Angeles, CA 90017<br>213-283-4000 | Commercial Lease Deposit | | 8,967.08 |
| Talent Tree Crystal, Inc.<br>660 South Figueroa Street #1100<br>Los Angeles, CA<br>Los Angeles, CA 90017 | Talent Tree Crystal, Inc.<br>660 South Figueroa Street #1100<br>Los Angeles, CA 90017 | Commercial Lease Deposit | | 6,099.31 |
| Schulze Haynes & Co, LLC<br>660 South Figueroa Street #1280<br>Los Angeles, CA 90017 | Schulze Haynes & Co, LLC<br>660 South Figueroa Street #1280<br>Los Angeles, CA 90017<br>213-627-8280 | Commercial Lease Deposit | | 6,080.63 |
| Lewis & Scholnick<br>660 South Figueroa Street #1720<br>Los Angeles, CA 90017 | Lewis & Scholnick<br>660 South Figueroa Street #1720<br>Los Angeles, CA 90017 | Commercial Lease Deposit | | 6,024.01 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Figueroa Tower-III LP**                                                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of FT-III GP LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   7/14/11                                Signature _____

M. Aaron Yashouafar
Manager of FT-III GP LLC

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **Figueroa Tower-III LP**

Debtor

Case No._____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FT-III GP LLC** | **General Partner** | **1%** | **Partnership Interest** |
| **Hexagon Holdings Limited, LP** | **Limited Partner** | **99%** | **Partnership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Manager of FT-III GP LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___7/14/11___        Signature_____

**M. Aaron Yashouafar**
**Manager of FT-III GP LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Verification of Creditor Mailing List - (Rev. 10/05)                                2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **David L. Neale 141225**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone   **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Figueroa Tower-III LP** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _  _ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    _7/14/11_

M. Aaron Yashouafar/Manager of FT-III GP LLC
Signer/Title

Date:    _____

Signature of Attorney
**David L. Neale 141225**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

## CERTIFICATE OF FIGUEROA TOWER III, LP, A CALIFORNIA LIMITED PARTNERSHIP AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, M. Aaron Yashouafar, hereby certify as follows:

1.    I am the Manager of FT-III GP LLC, the General Partner of Figueroa Tower III, LP (the "Company").

2.    At a special meeting of the Company's partners, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that M. Aaron Yashouafar or his designee ("Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

**FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: July 14, 2011

FIGUEROA TOWER III, LP

By:  FT-III GP LLC
Its:  General Partner

By:
M. Aaron Yashouafar
Its:  Manager

2

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Encino Corporate Plaza, L.P., C.D. Cal., 1:11-bk-14917-GM**
    **Roosevelt Lofts, LLC, C.D. Cal., 1:09-bk14214-GM**
    **First National Building I, LLC, W.D. Okla., BK-10-16334-NLJ**
    **First National Building II, LLC, W.D. Okla., BK-10-16335-NLJ**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____*Los Angeles*_____ , California

Dated _____*7/14/11*_____

M. Aaron Yashouafar
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 1015-2.1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy