No Image Available For This Entry