# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| | |
|---|---|
| **Debtor(s) Name:**<br><br>Figueroa Tower III LP | **For Court Use Only**<br><br>**FILED**<br><br>July 21, 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY VC DEPUTY CLERK |
| **Chapter:** 11<br>**Case Number:** 2:11–bk–40236–SK | **ORDER CLOSING CASE** |

*The above referenced case has been transferred. An order was approved and entered on , and this case is therefore closed.*

*Dated: 7/21/11*                                              *By Order of the United States Bankruptcy Court*

                                                              **Kathleen J. Campbell**
                                                              *Clerk of Court*

24/ VC